IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED
05 DEC 13 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| MEDISON AMERICA, INC., <br> a California Corporation <br><br> Plaintiff, <br><br> v. <br><br> PREFERRED MEDICAL SYSTEMS, LLC, <br> a Tennessee Limited Liability Company, <br> JERRY K. MCGUIRE, GREGG REED, <br> BRIAN KEITH, MIKE BUCHKO, and <br> GENERAL ELECTRIC COMPANY, a <br> New York Corporation <br><br> Defendants, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 05-2390 Ma/V |

[proposed] ORDER GRANTING DEFENDANT PREFERRED MEDICAL SYSTEMS, LLC's UNOPPOSED MOTION TO POSTPONE RULE 16(B) SCHEDULING CONFERENCE AND SUPPORTING MEMORANDUM

This matter is before the Court upon the motion of Defendant Preferred Medical Systems, LLC (hereinafter "Defendant" or "Preferred Medical") to postpone the Scheduling Conference currently set in this captioned matter for December 19, 2005. The motion is unopposed. For the reasons stated in the motion and as it is unopposed, the Court FINDS that the motion should be GRANTED.

The Court thereby ORDERS that the Scheduling Conference set for December 19, 2005, is hereby cancelled.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12/13/05

Diane K. Vescovo
U.S. DISTRICT COURT - U.S. Magistrate Judge
DATE: December 13, 2005

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02390 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Jonathan P. Lakey
PIETRANGELO COOK
6410 Poplar
Ste. 190
Memphis, TN 38119

Larry E. Parrish
LAW OFFICES OF LARRY E. PARRISH
6075 Poplar Avenue
Ste. 420
Memphis, TN 38119--476

Honorable Samuel Mays
US DISTRICT COURT