*UNITED STATES DISTRICT COURT*
## *WESTERN DISTRICT OF TENNESSEE*
## *WESTERN DIVISION*

---

*MEDISON AMERICA, INC.*

   *PLAINTIFF*                                        *JUDGMENT IN A CIVIL CASE*

*VS*

*PREFERRED MEDICAL SYSTEMS, LLC.,*
*JERRY K. McGUIRE*                      *CASE NO:   05-2390-V*
*GREGG REED*

   *DEFENDANTS*

---

*DECISION BY COURT.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.*

*IT IS SO ORDERED AND ADJUDGED that in accordance with the Order Granting Defendants' MOTION FOR SUMMARY JUDGMENT, entered on November 16, 2007, this cause is dismissed with judgment in favor of the defendants.*

*APPROVED:*

*s/Diane K. Vescovo*
*DIANE K. VESCOVO*
*UNITED STATES MAGISTRATE JUDGE*

| *November 19, 2007* | *Thomas M. Gould* |
|---|---|
| *Date* | *Clerk of Court* |

                                       *s/Betty Guy*
                                       *(By)  Deputy Clerk*